IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 15-mj-01151-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LAMONT NORRIS,

    Defendant.

## ORDER TO RESPOND TO DOCKET ENTRY [#3]

THIS MATTER comes before the court on the filing by Defendant Lamont L. Norris [#3] filed on January 4, 2016. In that filing, Defendant indicates that he has been incarcerated since September 8, 2015, presumably in state custody, and that he "was informed by [his] bondsman that the United States Marshals had placed a detainer on my body for a supposed criminal matter in the Federal Courts." [*Id.*]. It appears that an indictment superseding the Criminal Complaint was filed in Criminal Case No. 15-cr-414-WJM on October 19, 2015. *See United States v. Norris*, Criminal Case No. 15-cr-414-WJM, ECF No. 3. This matter, as well as Criminal Case No. 15-cr-414-WJM, remain sealed. The dockets of these matters indicate that Defendant has not been presented for an initial appearance on either the Criminal Complaint or the Indictment.

Accordingly, **IT IS ORDERED** that:

1

(1) The Clerk of the Court is **DIRECTED to DOCKET** the filing by Defendant Lamont L. Norris in this action as an entry in the docket for Criminal Case No. 15-cr-414-WJM; and

(2) The United States Attorney for the District of Colorado is **DIRECTED to RESPOND** to Defendant's filing [#3], by presenting Defendant for an Initial Appearance or otherwise and addressing whether these matters should continue to be sealed, no later than **January 12, 2016,** in Criminal Case No. 15-cr-414-WJM.

DATED: January 5, 2016                BY THE COURT:

                                      s/ Nina Y. Wang
                                      Nina Y. Wang
                                      United States Magistrate Judge